721 A.2d 43

**Diane MILNE and William J. Milne, as parents and natural guardians of Jeff Milne, a minor, Petitioners,**

**v.**

**Lawrence S. CROSSETT, M.D., and Shriners Hospital For Crippled Children, Philadelphia Unit, Respondents.**

Supreme Court of Pennsylvania.

Dec. 2, 1998.

## *ORDER*

PER CURIAM:

**AND NOW,** this 2nd day of December 1998, the Application for Relief to Enforce the Supreme Court's Judgment is DENIED.